# MALONE • AKERLY • MARTIN

A Professional Limited Liability Company
Attorneys and Counselors

**EXHIBIT A**

8750 N. CENTRAL EXPRESSWAY, SUITE 1850
DALLAS, TEXAS 75231

(214) 346-2630 MAIN
(214) 346-2631 FAX

## FACSIMILE COVER SHEET

**PLEASE DELIVER TO ADDRESSEE IMMEDIATELY**

Our File No.: 264.0057

RE: Case No.: 4:15-cv-00878-ALM-KPJ; *James T. Miller Jr. v. Portfolio Recovery Associates, LLC*; in the U.S. District Court for the Eastern District of Texas

### *OFFER OF JUDGMENT*

Date: October 4, 2016    Time: 5:35

| To: | Dennis Dean McCarty<br>McCarty Law Firm<br>P.O. Box 111070<br>Carrollton, Texas 75011 | Fax #: | 817-887-5069 |
| --- | --- | --- | --- |
| | | Phone: | 817-704-3375 |

| From: | Kimberly McKinnon<br>on Behalf of Robbie Malone | Phone: | 214-346-2630 ext. 2633 |
| --- | --- | --- | --- |
| | | Fax #: | 214-346-2631 |

Total Pages sent including this cover page: 4

**IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL. THANK YOU.**

**Message:** CMRRR 7015 0640 0002 6163 8458 Good Day Counselor – Thank you for your time and attention. Please contact our office if you need additional assistance. Regards ~Kimberly

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY UNAUTHORIZED DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AT THE NUMBERS LISTED ABOVE.

THANK YOU.

# M ALONE • A KERLY • M ARTIN

**Kimberly McKinnon, Legal Secretary**
Direct Dial 214•346•2633
kmckinnon@mamlaw.com
Main 214•346•2630
Fax 214•346•2631

A Professional Limited Liability Company
Attorneys and Counselors
Northpark Central, Suite 1850
8750 N. Central Expressway
Dallas, TX 75231

**ANNOUNCEMENT**
*Please note for your future correspondence, we are happy to inform you that
Our firm name has changed - Effective as of September 12, 2016*

October 4, 2016

**CMRRR 7015 0640 0002 6163 8458**
Dennis Dean McCarty
McCarty Law Firm
P.O. Box 111070
Carrollton, Texas 75011
P: 817-704-3375 | F: 817-887-5069
Dmccartylaw@att.net

**CMRRR 7014 2120 0000 7018 5095**
Jonathan Forrest Raburn
The Raburn Law Firm, LLC
301 N. Main Street, Suite 2200
Baton Rouge, LA 70825
P: 318-918-1968 | F: 318-230-7036
jonathan@geauxlaw.com

RE: Case No.: 4:15-cv-00878-RC-DDB; James T. Miller Jr. v. Portfolio Recovery Associates, LLC; in the U.S. District Court for the Eastern District of Texas

Dear Counselors:

Enclosed please find Defendant's Offer of Judgment in reference to the above-referenced matter.

Thank you for your time and attention. Please do not hesitate to contact our office if you have questions or need additional information.

Sincerely,

Kimberly McKinnon
Legal Secretary

\kmck
Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JAMES MILLER<br>*Plaintiff,* | § § § | |
| v. | § | CASE NO. 4:15-CV-00878-ALM-KPJ |
| | § § § | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>*Defendant.* | § § § | |

## OFFER OF JUDGMENT

TO: PLAINTIFF ABOVE-NAMED, by and through his Attorneys,

Dennis Dean McCarty
McCarty Law Firm
P.O. Box 111070
Carrollton, Texas 75011
P: 817-704-3375 | F: 817-887-5069
Dmccartylaw@att.net

Jonathan Forrest Raburn
The Raburn Law Firm, LLC
301 N. Main Street, Suite 2200
Baton Rouge, LA 70825
P: 318-918-1968 | F: 318-230-7036
jonathan@geauxlaw.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Portfolio Recovery Associates, LLC ("PRA") hereby offers to allow judgment to be taken against PRA and in favor of Plaintiff, individually, as follows:

1) Judgment shall be entered against PRA in the amount of One Thousand and One Dollars ($1,001.00), plus reasonable attorney's fees and taxable costs incurred in this action, such fees and costs to be determined by agreement of the parties and if the parties cannot agree, by the Court upon motion by Plaintiff;

2) The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against PRA.

3) This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that PRA is liable in this action, or that Plaintiff has

suffered any damage.

                                             Respectfully submitted,

                                             **MALONE AKERLY MARTIN PLLC**

                                             */s/* Xerxes Martin
                                             Eugene Xerxes Martin, IV
                                             State Bar No. 2407892
                                             Email: rmalone@mamlaw.com
                                             MALONE AKERLY MARTIN PLLC
                                             Northpark Central, Suite 1850
                                             8750 North Central Expressway
                                             Dallas, Texas 75231
                                             P: 214-346-2630 | F: 214-346-2631
                                             *COUNSEL FOR PORTFOLIO RECOVERY ASSOCIATES, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded **via CMRRR and facsimile** on this 4th day of October, 2016 to:

**CMRRR 7015 0640 0002 6163 8458**
Dennis Dean McCarty
McCarty Law Firm
P.O. Box 111070
Carrollton, Texas 75011
P: 817-704-3375 | F: 817-887-5069
Dmccartylaw@att.net

**CMRRR 7014 2120 0000 7018 5095**
Jonathan Forrest Raburn
The Raburn Law Firm, LLC
301 N. Main Street, Suite 2200
Baton Rouge, LA 70825
P: 318-918-1968 | F: 318-230-7036
jonathan@geauxlaw.com

                                            */s/* Xerxes Martin
                                            EUGENE XERXES MARTIN, IV